F I L E D
Clerk
District Court

OCT 2 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MELCHIOR O. ALBUEN, | Civil Action No. 05-0008 |
| Plaintiff | |
| v. | ORDER CONTINUING SETTLEMENT CONFERENCE |
| AVIATION SERVICES CNMI, LTD., doing business as FREEDOM AIR, | |
| Defendant | |

Joe Hill                                        Perry B. Inos
Attorney at Law                          Attorney at Law

THIS MATTER came before the court on Friday, October 28, 2005, for a settlement conference. After discussion between the court and the parties,

IT IS ORDERED that the settlement conference by and hereby is continued to **Wednesday, November 9, 2005, at 1:30 p.m.**; and,

IT IS FURTHER ORDERED that, pursuant to Local Rule 16.2CJ.e.5(a), each

AO 72
(Rev. 8/82)

party shall have present at the settlement conference a person with full authority to participate in the settlement negotiations and to effect a complete compromise of the case; and,

IT IS FURTHER ORDERED that, should the parties completely resolve the dispute between them prior to the scheduled settlement conference, they shall notify the court and the settlement conference will be removed from the calendar **if settlement documents are received by the court prior to the scheduled time of the settlement conference.**

DATED this 28th day of October, 2005.

_____
ALEX R. MUNSON
Judge