FILED
Clerk
District Court

NOV 04 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

MELCHOR O. ALBUEN,

Plaintiff,

vs.

AVIATION SERVICES CNMI, LTD., dba FREEDOM AIR.

Defendant.

Civil Action No. 05-0008

Order Rescheduling Settlement Conference Time

Joe Hill
Attorney at Law
P.O. Box 500917
San Francisco, CA 94105-1260

Perry B. Inos
Attorney at Law
P.O. Box 502017
Saipan, MP 96950

IT IS ORDERED that the Settlement Conference in the above case set for Wednesday, November 9, 2005, at 1:30 p.m., is rescheduled to 5:00 p.m., on the same date.

DATED THIS 4th day of November, 2005.

_____
Judge Alex R. Munson