| | |
|---|---|
| THE LAW OFFICE OF PERRY B. INOS<br>Suite 2-C Sablan Building<br>Beach Road, Chalan Kanoa<br>P.O. Box 502017<br>Saipan, MP 96950<br><br>Tel: (670) 235-9006<br>Fax. (670) 235-9007<br><br>Attorneys for Defendant | F I L E D<br>Clerk<br>District Court<br><br>NOV 1 4 2005<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

### IN THE UNITED DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MELCHOR O. ALBUEN,<br><br>Plaintiff,<br><br>vs.<br><br>AVIATION SERVICES CNMI,<br>LTD., dba FREEDOM AIR,<br><br>Defendant. | Civil Action No. 05-0008<br><br><br>STIPULATION TO DISMISS<br>COMPLAINT and ORDER |

NOW COME Plaintiff and Defendant, by and through their respective counsels, and move by stipulation to dismiss Plaintiff's complaint with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(ii).

IT IS SO STIPULATED this 10th day of November, 2005.

_____          _____
JOE HILL, Esq.                                                  PERRY B. INOS, Esq.
Counsel for Plaintiff                                         Counsel for Defendant

*Perry B. Inos*
*Attorney at Law*
*Suite 2-C, Sablan Building, Beach Road, Chalan Kanoa*
*P.O. Box 502017 ~ Saipan MP 96950 ~ (670) 235-9006*

Perry B. Inos
Attorney at Law
1Suite 2-C, Sablan Building, Beach Road, Chalan Kanoa
P.O. Box 502017 ~ Saipan MP 96950 ~ (670) 235-9006

## ORDER

Pursuant to the stipulation of the parties, Plaintiff's Complaint is dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(ii).

**IT IS SO ORDERED** this 14TH day of November, 2005.

*Alex R. Munson*
ALEX R. MUNSON
Dist. Ct. Judge

RECEIVED
NOV 10 2005
Clerk
District Court
For The Northern ...